UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-00166-SVW-MAR | Date | April 19, 2023 |
|---|---|---|---|
| Title | Dan He v. Ted H. Kim et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on April 19, 2023, issued an order to show cause why this action should not be dismissed for lack of prosecution.

To date, plaintiff has failed to respond

The case is dismissed.

|   |   | : |
|---|---|---|
|   | Initials of Preparer | PMC |